```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-78-03-JEC-ECS |
| CHASE VALENTINE, | |
| Defendant. | |

### ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [96] recommending accepting defendant's plea of guilty tendered on May 27, 2014. No objections to the Report and Recommendation [96] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [96] and **ACCEPTS** the defendant's plea of guilty as to Count Six of the Indictment.

SO ORDERED this 15th day of July, 2014.

```
                        /s/ Julie E. Carnes
                        JULIE E. CARNES
                        CHIEF U.S. DISTRICT JUDGE
```

AO 72A
(Rev.8/82)